JULY 11, 2001

No. 01–5072 (01A16).  IN RE WILKENS.  Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.  Petition for writ of habeas corpus denied.

AUGUST 1, 2001

No. 00–928.  GREEN ET AL. v. CITY OF TUCSON.  C. A. 9th Cir. Certiorari dismissed under this Court's Rule 46.1.

AUGUST 6, 2001

No. 00A986.  PALMORE v. JOHNSON, DIRECTOR, TEXAS DE-PARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  Application for certificate of appealability, addressed to JUSTICE STEVENS and referred to the Court, denied.